**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DONNA K. BOWLIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Docket No.: 3:11-cv-00943** |
| | ) | **Jury of 12 Demanded** |
| **HAMMOND TRASNPORTATION,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## ORDER OF DISMISSAL

---

It appearing to the Court, as evidenced by the signatures of counsel for Plaintiff Donna K. Bowlin ("Plaintiff") and counsel for Defendant Hammond Transportation, Inc. ("Defendant") below that all claims in controversy in this cause have been resolved and that this cause should be dismissed in its entirety with prejudice to the re-filing of same.

It is therefore **ORDERED, ADJUDGED and DECREED** that all matters in controversy in this matter are dismissed with prejudice.

**ENTERED THIS THE** ____ **DAY OF** _____, 2013.

_Kevin H. Sharp_
**JUDGE**

**APPROVED FOR ENTRY**:


**SPICER RUDSTROM PLLC**


__Darrick L. O'Dell_____

Darrick L. O'Dell (TN BPR # 026883)

414 Union Street, Suite 1700

Nashville, Tennessee 37219

*Attorney for Hammond Transportation, Inc.*


**ALLMAN & ASSOCIATES**


__Andy L. Allman_____

Andy L. Allman (TN BPR # 017857)

103 Bluegrass Commons Blvd.

Hendersonville, TN 37075

*Attorney for Plaintiff*




<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that I electronically filed and served this document using the Court's CM/ECF system upon counsel listed:


Andy Allman, Esq.

103 Bluegrass Commons Blvd

Hendersonville, TN 37075


this __18___ day of __July_____, 2013.



      ___Darrick L. O'Dell_____

      Darrick L. O'Dell